IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT E. BAKER,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

    v.                                                   Case No. 12-cv-894-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing this case.

| s/ R.Plender, Deputy Clerk | 9/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |